IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ST. ANNE'S CREDIT UNION<br>OF FALL RIVER, MASS., | )<br>)   Case No. 1:21-cv-11831 |
| Plaintiff, | )<br>)   (Formerly Civil Action No. 2173-cv-703<br>)   in Bristol Superior Court) |
| v. | ) |
| RAYMOND SILVA, JR.,<br>MICHELLE SILVA,<br>KATHARINE MESSIER, and<br>THE INTERNAL REVENUE SERVICE, | )<br>)<br>)<br>) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441, 1442, 1444, and 1446, the defendant United States of America (sued as the "Internal Revenue Service") hereby removes this action from the Bristol County Superior Court to the United States District Court for the District of Massachusetts.

The case comes within § 1441 to the extent that this civil case presents a federal question.

The case comes within § 1442(a)(1) because it is a civil action that was commenced in a State court and that is against the United States or any agency thereof.

The case also comes within § 1444 because it is an action brought under 28 U.S.C. § 2410 against the United States in State court.  *See* § 2410(a)(5) (waiving sovereign immunity to sue the United States in interpleader actions).

In accordance with § 1446(a), copies of all process, pleadings, and orders served on the United States in this action, as of the date of this Notice of Removal, are attached.

This Notice of Removal is timely under § 1446(b).

The United States will provide the Superior Court and all other parties with prompt written notice of the filing of this Notice of Removal, as required by § 1446(d).

Dated: November 10, 2021

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General
U.S. Department of Justice, Tax Division

*/s/ Anderson P. Heston*
ANDERSON P. HESTON
New York Bar No. 5177837
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-307-6010 (v)
202-514-5238 (f)
Anderson.P.Heston@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on November 10, 2021, I caused the foregoing *Notice of Removal* to be served by first class mail addressed to:

Raymond C. Pelote
Wynn & Wynn, P.C.
90 New State Highway
Raynham MA 02767

Raymond Silva, Jr.
9 Morningside Ave.
Acushnet MA 02743

Michelle Silva
54 Calumet Street
New Bedford, MA 02744

Katharine E. Messier
50 Breakneck Hill Road
Lincoln, RI 02865